RECEIVED

JUL 1 6 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

JAMES DOUGLAS SHURLING

versus                                          CIVIL ACTION NO. 13-0675
                                                JUDGE TOM STAGG

FORT DEARBORN LIFE INSURANCE
COMPANY and ALBANY INTERNATIONAL
CORPORATION LONG TERM
DISABILITY INSURANCE TRUST

## ORDER

Before the court is a motion to supplement the administrative record filed by the plaintiff, James Douglas Shurling ("Shurling"). See Record Document 26. Shurling is requesting to supplement the administrative record with various items that relate to his initial determination of disability, the initial award of benefits and his subsequent application for social security benefits. The defendants have opposed the motion and Shurling filed a reply. See Record Documents 29 and 30.

As previously noted in an order of this court, the Fifth Circuit has clearly provided that "[t]he administrative record consists of relevant information **made available** to the administrator prior to the complainant's filing of a lawsuit and in a manner that gives the administrator a fair opportunity to consider it." Estate of

<u>Bratton v. Nat. Union Fire Ins. Co. of Pittsburgh, PA</u>, 215 F.3d 516, 521 (5th Cir. 2000) (emphasis added). Based upon this statement of law, the court ordered additional briefing for the parties to address whether the items that are sought to be added to the administrative record were "made available" to the defendant at the time it made its decision to deny benefits. The supplemental briefing is complete and this court concludes that the documents should be a part of the administrative record. In light of this conclusion, the matter should be remanded to the administrator for reconsideration in light of the full administrative record. Therefore, the case is **REMANDED** to the Plan Administrator for review. The case is **STAYED** and administratively closed pending review. The parties may seek to reopen the case by filing a motion once the plan administrator concludes review.

    **THUS DONE AND SIGNED** at Shreveport, Louisiana this the 15th day of July, 2014.

_____<br>JUDGE TOM STAGG